UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth John Daniels,<br><br>     Plaintiff,<br><br>v.<br><br>Larry TeBrake,<br><br>     Defendant. | Civil No. 11-0333 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's applications to proceed in forma pauperis, (Docket Nos. 2 and 5), are **DENIED**;

2. Plaintiff's motions for a temporary restraining order, (Docket Nos. 3 and 6), are **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  04/25/11                    s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge